## Phillips *v.* Pollino, Appellant.

Argued September 18, 1967. *Peter T. O'Malley,* for appellant; *James W. Walker,* with him *John J. Dunn, Sr.,* and *Kelly & Walker,* for appellees.

Judgment affirmed.

## Regan et al., Appellants, *v.* Rosenblum.

Argued September 14, 1967. *Jay Meyers,* with him *Paul M. Goldstein,* for appellants; *Jacob B. Abrams,* for appellees.

Judgment affirmed.

## Smyser, Appellant, *v.* Spahr.

Argued September 13, 1967. *Russell F. Griest,* with him *Martin B. Ebbert,* and *Griest & Wiley,* for appellant; *Robert M. Strickler,* with him *Markowitz, Kagen & Griffith,* for appellee; *William W. Hafer,* for appellees.

Judgment affirmed.